AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Richard H. Hartman, II

*Plaintiff(s)*

v.

Charter Communications, Inc.; Charter Communications, LLC.; Charter Communications (NC), LLC.; Charter Communications VI, LLC.; Charter Communications VII, LLC.; Charter Communications Holding Company, LLC.; Charter Cable Operating Co., LLC

*Defendant(s)*

Civil Action No. 1:14cv243

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charter Communications, Inc.
c/o Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603-1725

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard H. Hartman, II
185A Weston Rd
Arden, NC 28704
rick@rickhartman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date  9/15/2014

Frank G. Johns, Clerk
United States District Court

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Charter Communications, Inc.

was received by me on *(date)* September 15, 2014 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the Summons via U.S. Certified Mail, on September 15, 2014, on:
Corporation Service Company,
Registered Agent for Charter Communications, Inc.
327 Hillsborough Street
Raleigh, NC 27603-1725

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: September 15, 2014

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| Richard H. Hartman, II <br><br> *Plaintiff(s)* <br> v. <br> Charter Communications, Inc.; Charter Communications, LLC.; Charter Communications (NC), LLC.; Charter Communications VI, LLC.; Charter Communications VII, LLC.; Charter Communications Holding Company, LLC.; Charter Cable Operating Co., LLC <br> *Defendant(s)* | Civil Action No. 1:14 cv 243 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charter Communications, LLC.
c/o Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603-1725

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Richard H. Hartman, II
185A Weston Rd
Arden, NC 28704
rick@rickhartman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank G. Johns* (signature)   Date **9/15/2014**

Frank G. Johns, Clerk
United States District Court

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Charter Communications, LLC.**
was received by me on *(date)* **September 15, 2014** .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the Summons via U.S. Certified Mail, on September 15, 2014, on:
Corporation Service Company,
Registered Agent for Charter Communications, LLC.
327 Hillsborough Street
Raleigh, NC 27603-1725

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **September 15, 2014**

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| Richard H. Hartman, II <br><br> *Plaintiff(s)* <br> v. <br> Charter Communications, Inc.; Charter Communications, LLC.; Charter Communications (NC), LLC.; Charter Communications VI, LLC.; Charter Communications VII, LLC.; Charter Communications Holding Company, LLC.; Charter Cable Operating Co., LLC <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:14 cv 243 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Charter Communications (NC), LLC.
c/o Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603-1725

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Richard H. Hartman, II
        185A Weston Rd
        Arden, NC 28704
        rick@rickhartman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*/s/ Frank G. Johns*              Date    **9/15/2014**

Frank G. Johns, Clerk
United States District Court

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Charter Communications (NC), LLC.
was received by me on *(date)* September 15, 2014 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the Summons via U.S. Certified Mail, on September 15, 2014, on:
Corporation Service Company,
Registered Agent for Charter Communications (NC), LLC.
327 Hillsborough Street
Raleigh, NC 27603-1725

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: September 15, 2014

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Richard H. Hartman, II

*Plaintiff(s)*

v.

Charter Communications, Inc.; Charter Communications, LLC.; Charter Communications (NC), LLC.; Charter Communications VI, LLC.; Charter Communications VII, LLC.; Charter Communications Holding Company, LLC.; Charter Cable Operating Co., LLC

*Defendant(s)*

Civil Action No. 1:14cv243

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charter Communications VI, LLC.
c/o Lexisnexis Document Solutions
327 Hillsborough Street
Raleigh, NC 27603-1725

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard H. Hartman, II
185A Weston Rd
Arden, NC 28704
rick@rickhartman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 9/15/2014

Frank G. Johns, Clerk
United States District Court

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Charter Communications VI, LLC.
was received by me on *(date)* September 15, 2014 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the Summons via U.S. Certified Mail, on September 15, 2014, on:
Lexisnexis Document Solutions
Registered Agent for Charter Communications VI, LLC.
327 Hillsborough Street
Raleigh, NC 27603-1725

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: September 15, 2014

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Richard H. Hartman, II

*Plaintiff(s)*

v.

Charter Communications, Inc.; Charter Communications, LLC.; Charter Communications (NC), LLC.; Charter Communications VI, LLC.; Charter Communications VII, LLC.; Charter Communications Holding Company, LLC.; Charter Cable Operating Co., LLC

*Defendant(s)*

Civil Action No. 1:14cv243

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charter Communications VII, LLC.
c/o Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603-1725

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Richard H. Hartman, II
185A Weston Rd
Arden, NC 28704
rick@rickhartman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 9/15/2014

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Charter Communications VII, LLC.

was received by me on *(date)* September 15, 2014 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the Summons via U.S. Certified Mail, on September 15, 2014, on:
Corporation Service Company
Registered Agent for Charter Communications VII, LLC.
327 Hillsborough Street
Raleigh, NC 27603-1725

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: September 15, 2014

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Richard H. Hartman, II

*Plaintiff(s)*

v.

Charter Communications, Inc.; Charter Communications, LLC.; Charter Communications (NC), LLC.; Charter Communications VI, LLC.; Charter Communications VII, LLC.; Charter Communications Holding Company, LLC.; Charter Cable Operating Co., LLC

*Defendant(s)*

Civil Action No. 1:14cv243

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charter Communications Holding Company, LLC.
c/o Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603-1725

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Richard H. Hartman, II
185A Weston Rd
Arden, NC 28704
rick@rickhartman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 9/15/2014

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Charter Communications Holding Company, LLC.
was received by me on *(date)* September 15, 2014 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the Summons via U.S. Certified Mail, on September 15, 2014, on:
Corporation Service Company
Registered Agent for Charter Communications Holding Company, LLC.
327 Hillsborough Street
Raleigh, NC 27603-1725

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: September 15, 2014

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Richard H. Hartman, II

*Plaintiff(s)*

v.

Charter Communications, Inc.; Charter Communications, LLC.; Charter Communications (NC), LLC.; Charter Communications VI, LLC.; Charter Communications VII, LLC.; Charter Communications Holding Company, LLC.; Charter Cable Operating Co., LLC.

*Defendant(s)*

Civil Action No. 1:14cv243

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charter Cable Operating Company, LLC.
c/o Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603-1725

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard H. Hartman, II
185A Weston Rd
Arden, NC 28704
rick@rickhartman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 9/15/2014

Frank G. Johns, Clerk
United States District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Charter Cable Operating Company, LLC.
was received by me on *(date)* September 15, 2014 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the Summons via U.S. Certified Mail, on September 15, 2014, on:
Corporation Service Company
Registered Agent for Charter Cable Operating Company, LLC.
327 Hillsborough Street
Raleigh, NC 27603-1725

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: September 15, 2014

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: