THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00243-MR-DLH

| | |
|---|---|
| RICHARD H. HARTMAN, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CHARTER COMMUNICATIONS, INC., ) et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On October 29, 2014, the Court entered a Pretrial Order and Case Management Plan, ordering the parties to select and agree upon a mediator and to file with the Court a report identifying their selected mediator by November 19, 2014. [Doc. 6 at 1, 6-7]. To date, no such report has been filed.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall file a report identifying their selected mediator within fourteen (14) days of the entry of this Order.

**IT IS SO ORDERED.**  Signed: November 26, 2014

Martin Reidinger
United States District Judge