IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:14-cv-243

| | |
|---|---|
| RICHARD H. HARTMAN, II, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CHARTER COMMUNICATIONS, ) | |
| INC.; CHARTER ) | |
| COMMUNICATIONS, LLC.; ) | |
| CHARTER COMMUNICATIONS ) | |
| (NC), LLC.; CHARTER ) | **DESIGNATION OF MEDIATOR** |
| COMMUNICATIONS VI, LLC.; ) | |
| CHARTER COMMUNICATIONS ) | |
| VII, LLC.; CHARTER ) | |
| COMMUNICATIONS HOLDING ) | |
| COMPANY, LLC.; CHARTER ) | |
| CABLE OPERATING COMPANY, ) | |
| LLC. ) | |
| ) | |
| Defendants. ) | |

Pursuant to Local Rule 16.3, the parties designate Frank Goldsmith as mediator in this action. His contact information is as follows:

Frank Goldsmith
Goldsmith, Goldsmith & Dews, P.A.
57 South Main Street
Marion, NC 28752
Tel: (828) 652-3000
Email: frank@goldsmithdews.com

The parties agree to complete mediation as required by the scheduling order entered in this case.

471513 v1

This the 1st day of December, 2014.

**CRANFILL SUMNER & HARTZOG LLP**

BY: **/s/ Samuel H. Poole, Jr.\_\_\_\_**
SAMUEL H. POOLE, JR.
State Bar No. 13659
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
E-Mail: shp@cshlaw.com
*Attorneys for Defendants Charter*
*Communications, Inc., Charter*
*Communications, LLC, and*
*Charter Communications (NC), LLC*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day filed the attached **Designation of Mediator** with the Clerk of Court using the CM/ECF system, and that the undersigned has served the following parties to this cause by depositing a copy hereof, postage prepaid, in the United States mail addressed as follows:

>Richard H. Hartman
>185A Weston Road
>Arden, NC 28704
>Tel: 813-486-8287
>Email: rick@rickhartman.com

I am also forwarding a copy of this **Designation of Mediator** by U.S. Mail to the selected mediator:

>Frank Goldsmith
>Goldsmith, Goldsmith & Dews, P.A.
>57 South Main Street
>Marion, NC 28752

This the 1st day of December, 2014.

>CRANFILL SUMNER & HARTZOG LLP
>
>BY: **/s/ Samuel H. Poole, Jr.**
>SAMUEL H. POOLE, JR.
>State Bar No. 13659
>Post Office Box 30787
>Charlotte, North Carolina 28230
>Telephone: (704) 332-8300
>Facsimile: (704) 332-9994
>E-Mail: shp@cshlaw.com
>*Attorneys for Defendants Charter Communications, Inc., Charter Communications, LLC, and Charter Communications (NC), LLC*