IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv243

| | |
|---|---|
| RICHARD H. HARTMAN, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CHARTER COMMUNICATIONS ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Motion to Strike [# 5]. Plaintiff, who is proceeding *pro se*, moves the Court to strike several of the affirmative defenses Defendants set forth in their Answer to the Complaint. The Local Rules of this Court require a party to file a motion and a separate legal brief in support of the motion. LCvR 7.1. Here, Plaintiff filed a consolidated motion and legal brief. Accordingly, the Court **DENIES without prejudice** the motion for failure to comply with the Local Rules. The Court notes, however, that had the motion been properly presented to this Court, the Court would have denied the motion for the reasons stated in Defendants' Response in Opposition to the Motion to Strike.

Signed: December 2, 2014

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge

