IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 CV 243

| | |
|---|---|
| **RICHARD H. HARTMAN, II,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| **CHARTER COMMUNICATIONS, INC.,** ) | |
| **ET AL.,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion for Leave to File Amended Complaint (#12) filed by the Plaintiff. After reviewing Plaintiff's motion, Defendants' response (#13), and the reply (#14) of the Plaintiff, it appears that good cause has been shown for the granting of Plaintiff's motion and the motion will be allowed.

### ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Leave to File Amended Complaint (#12) is **ALLOWED**. Plaintiff is directed to file his amended complaint on or before **February 13, 2015** and have summons issued on that date and commence service in this matter.

1

Signed: February 4, 2015

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge