IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:14-cv-243

| | |
|---|---|
| RICHARD H. HARTMAN, II, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CHARTER COMMUNICATIONS, ) <br> INC.; CHARTER ) <br> COMMUNICATIONS, LLC.; ) <br> CHARTER COMMUNICATIONS ) <br> (NC), LLC.; CHARTER ) <br> COMMUNICATIONS VI, LLC.; ) <br> CHARTER COMMUNICATIONS ) <br> VII, LLC.; CHARTER ) <br> COMMUNICATIONS HOLDING ) <br> COMPANY, LLC.; CHARTER ) <br> CABLE OPERATING COMPANY, ) <br> LLC, STRAIGHT FORWARD OF ) <br> WISCONSIN, INC. ) <br> ) <br> ) <br> Defendants. ) | **DEFENDANTS' RESPONSE OPPOSING IN PART AND AGREEING IN PART TO PLAINTIFF'S MOTION TO COMPEL ARBITRATION** |

Defendants Charter Communications, Inc.; Charter Communications, LLC; Charter Communications (NC), LLC; Charter Communications VI, LLC; Charter Communications, VII, LLC; Charter Communications Holding Company, LLC; Charter Cable Operating Company, LLC hereby submit this response opposing in part and agreeing in part to Plaintiff's Motion to Compel Arbitration with respect to Charter Communications, Inc. In response, Defendants agree that arbitration is

1

appropriate in this case according to the Service Agreement but also contend that *all Charter Defendants should be included* in the arbitration for the reasons cited in the Brief in Support of Defendants' Response to Plaintiff's Motion to Compel Arbitration.

This the 9th day of March, 2015.

**CRANFILL SUMNER & HARTZOG, LLP**

BY: **/s/ Samuel H. Poole, Jr.**
SAMUEL H. POOLE, JR.
State Bar No. 13659
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
E-Mail: shp@cshlaw.com
*Attorneys for Charter Defendants*

# **CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this day served the attached *Response* on all of the parties to this cause by:

Electronically filing the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

   Richard H. Hartman
   185A Weston Road
   Arden, NC 28704
   Tel: 813-486-8287
   Email: rick@rickhartman.com

   William C. Robinson
   Robinson Elliot & Smith
   P.O. Box 36098
   Charlotte, NC 2836-6098
   Email: srobinson@reslawfirm.net
   *Attorney for Straight Forward*

This the 9th day of March, 2015.

                        **CRANFILL SUMNER & HARTZOG LLP**

                    BY:   **/s/ Samuel H. Poole, Jr.**
                            SAMUEL H. POOLE, JR.
                            State Bar No. 13659
                            Post Office Box 30787
                            Charlotte, North Carolina 28230
                            Telephone: (704) 332-8300
                            Facsimile: (704) 332-9994
                            E-Mail: shp@cshlaw.com
                            *Attorneys for Charter Defendants*