IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLLE DIVISION
1:14-CV-243

| | |
|---|---|
| RICHARD H. HARTMAN, II,<br><br>   Plaintiff,<br><br>   v.<br><br>CHARTER COMMUNICATIONS, INC.:<br>CHARTER COMMUINCATIONS, LLC;<br>CHARTER COMMUNICATIONS (NC),<br>LLC; CHARTER COMMUNICATIONS<br>VI, LLC; CHARTER<br>COMMUNICATIONS VII, LLC;<br>CHARTER COMMUNICATIONS<br>HOLDING COMPANY, LLC;<br>CHARTER CABLE OPERATING<br>COMPANY, LLC; STRAIGHT<br>FORWARD OF WISCONSIN, INC.,<br><br>   Defendant. | **NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTE that Katherine T. Armstrong and Robinson Elliott & Smith hereby makes an appearance on behalf of Defendant, STRAIGHT FORWARD OF WISCONSIN, INC., for all purposes including trial. The undersigned respectfully request that all counsel of record and parties serve the undersigned with pleadings and correspondence.

  This the 10th day of March, 2015.

              **ROBINSON ELLIOTT & SMITH**


        By:  s/Katherine T. Armstrong
           Katherine T. Armstrong N.C. State Bar #36305
           Attorneys for Defendant Straight Forward of Wisconsin Inc.
           Post Office Box 36098
           Charlotte, North Carolina 28236-6098
           Telephone (704) 343-0061/ Fax: 704.373.0290
           Email: karmstrong@reslawfirm.net

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record and/or parties as follows:

> RICHARD H. HARTMAN
> 185A Weston Road
> Arden, NC 28704
> Telephone: 813-486-8287
> Email: rick@rickhartman.com
> *Pro se Plaintiff*
>
> SAMUEL H. POOLE, JR. State Bar No. 13659
> Post Office Box 30787
> Charlotte, NC 28230
> Telephone: 704-332-8300
> Facsimile: 704-332-9994
> Email: shp@cshlaw.com
> *Attorneys for Defendants Charter Communications, Inc., Charter Communications, LLC, and - Charter Communications (NC), LLC*

> This the 10th day of March, 2015.
>
> s/Katherine T. Armstrong
> Katherine T. Armstrong Bar Number: 36305
> s/William C. Robinson
> William C. Robinson Bar Number: 17584
> *Attorneys for Defendant Straight Forward of Wisconsin, Inc.*
> Robinson Elliott & Smith
> P.O. Box 36098
> Charlotte, North Carolina 28236
> Telephone (704) 343-0061
> Facsimile (704) 373-0290
> Email: srobinson@reslawfirm.net