IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:14-cv-243

| | |
|---|---|
| RICHARD H. HARTMAN, II, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| CHARTER COMMUNICATIONS, INC.; | ) |
| CHARTER COMMUNICATIONS, LLC.; | ) |
| CHARTER COMMUNICATIONS (NC), | ) |
| LLC.; CHARTER COMMUNICATIONS | ) |
| VI, LLC.; CHARTER | ) |
| COMMUNICATIONS VII, LLC.; | ) |
| CHARTER COMMUNICATIONS | ) |
| HOLDING COMPANY, LLC.; | ) |
| CHARTER CABLE OPERATING | ) |
| COMPANY, LLC; STRAIGHT | ) |
| FORWARD OF WISCONSIN, INC. | ) |
| | ) |
| Defendants. | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, Defendant Charter Communications VI, LLC, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   [ ]   YES                               [X]   NO

2. Does party have any parent corporations?

   [X]   YES                               [ ]   NO

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

1

100% Sole Member = CC VI Operating Company, LLC ("CCVI"); 100% Sole Member of CCVI = CCO NR Holdings, LLC ("CCONR"); 100% Sole Member of CCONR = Charter Communications Operating, LLC

3.  Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    [ ]   YES                             [X]   NO

    If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 7.3 or Local Criminal Rule 12.3)?

    [ ]   YES                             [X]   NO

    If yes, identify entity and nature of interest:

5.  Is party a trade association?

    [ ]   YES                             [X]   NO

    If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6.  If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

This the 6th day of April, 2015.

**CRANFILL SUMNER & HARTZOG, LLP**

BY:   **/s/ Samuel H. Poole, Jr._____**
      SAMUEL H. POOLE, JR.
      State Bar No. 13659
      Post Office Box 30787
      Charlotte, North Carolina 28230
      Telephone:   (704) 332-8300
      Facsimile:   (704) 332-9994
      E-Mail: shp@cshlaw.com
      *Attorneys for Charter Defendants*

2

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the attached *Disclosure of Corporate Affiliations* on all of the parties to this cause by:

Electronically filing the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Richard H. Hartman
185A Weston Road
Arden, NC 28704
Tel: 813-486-8287
Email: rick@rickhartman.com

William C. Robinson
Robinson Elliot & Smith
P.O. Box 36098
Charlotte, NC 2836-6098
Email: srobinson@reslawfirm.net
*Attorney for Straight Forward*

This the 6th day of April, 2015.

        **CRANFILL SUMNER & HARTZOG LLP**

        BY: **/s/ Samuel H. Poole, Jr.**
        SAMUEL H. POOLE, JR.
        State Bar No. 13659
        Post Office Box 30787
        Charlotte, North Carolina 28230
        Telephone: (704) 332-8300
        Facsimile: (704) 332-9994
        E-Mail: shp@cshlaw.com
        *Attorneys for Charter Defendants*